AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: H14-385 MJ | Date and time warrant executed: 4/21/2014  11:17 AM | Copy of warrant and inventory left with: Facebook Law Enforcement Online |
| Inventory made in the presence of: File made available for download via Facebook online request system. | | |
| Inventory of the property taken and name of any person(s) seized: | | |

On May 5, 2014, at 10:56 AM, Facebook records for target https://facebook.com/josael.cruz1 were made available for download.

United States Courts
Southern District of Texas
FILED

MAY 8 2014

David J. Bradley, Clerk of Court

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/8/2014

_Richard G Perkins_
Executing officer's signature

_Richard G. Perkins, Special Agent_
Printed name and title
FBI

## Perkins, Richard G.

**From:** records@fb.com
**Sent:** Monday, May 05, 2014 10:56 AM
**To:** Perkins, Richard G.
**Subject:** Records Request Processed [Facebook Case #383777]

If you have any questions regarding this case, please reply to this email which includes your Case Number in the subject line.

Your request has been processed and records are ready to download from our online request system. Your case number is [Facebook Case #383777] for target https://facebook.com/josael.cruz1. To download records:
1. Visit www.facebook.com/records and enter the email address used to make this request.
2. Check your email for a message from records@fb.com.
3. Click the link contained in the email to access the Online Request System.
4. Download your records for case [Facebook Case #383777].
5. Note the secure token emailed to you from records@fb.com is good for one hour. After that time you will need to re-request access.

These records contain reasonably available information and are produced pursuant to the Stored Communications Act, 18 U.S.C. § 2701 et seq. and our terms of service. Any disclosure of records does not constitute consent by us to jurisdiction, including the personal appearance of any representative. As set forth in the applicable guidelines, We disclose only basic account information in response to a valid subpoena and requires a search warrant issued upon showing of probable cause to disclose the content of any account.

Should you have any questions regarding this specific case, please hit reply to this email correspondence which includes your [Facebook Case #383777] in the subject line.

Thank you,
Law Enforcement Response Team

---
NOTICE: This email (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. Unless you are the intended recipient, you may not use, copy, or retransmit the email or its contents.

1

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>FACEBOOK USER ACCOUNT<br>https://facebook.com/josael.cruz1 THAT IS STORED AT<br>PREMISES CONTROLLED BY FACEBOOK | )<br>)<br>)  Case No.  **H14-385 MJ**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____May 1, 2014_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: April 17, 2014 @ 1:45 pm

Judge's signature

City and state:   Houston, Texas                    U.S. Magistrate Judge Stephen W. Smith
                                                   *Printed name and title*